UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christopher John Venable,                                    Case No. 3:25-cv-483

        Plaintiff,

   v.                                                      ORDER AND
                                                        JUDGEMENT ENTRY

Commissioner of Social Security,

        Defendant.

On November 10, 2025, United States Magistrate Judge Carmen E. Henderson issued a Report and Recommendation ("R & R") recommending I affirm the Commissioner of Social Security's decision denying Plaintiff's his applications for Supplemental Security Income ("SSI") and Disability Insurance Benefits ("DIB"). (Doc. No. 11). In the R & R, she notified the parties:

> Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *See Berkshire v. Beauvais*, 928 F. 3d 520, 530-31 (6th Cir. 2019).

(*Id.* at 18).

Although the objection deadline was briefly stayed due to the government shutdown, any objections should have been filed no later than November 28, 2025. Because the objection deadline has passed and no objections have been filed, I consider the parties to have waived subsequent review of the R & R. *See* Local R. 72.3(b). Accordingly, I adopt Judge Henderson's R & R in its entirety as the final Order of this Court. The Commissioner's decision is affirmed, and this case is closed.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge